IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TED A. McCRACKEN, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| DAIMLER CHRYSLER MOTORS | : | |
| COMPANY LLC, <u>et al.</u>, | : | |
| Defendants | : | No. 07-2202 |

## ORDER

AND NOW, this 4th day of May 2009, upon consideration of Plaintiff McCracken's Affidavit/Declaration in Support of Request to Proceed *In Forma Pauperis* (Doc. No. 1), Plaintiff McCracken's Complaint (Doc. No. 3), Defendant Chrysler Motors' Motion to Dismiss for Frivolity and Lack of Prosecution (Doc. No. 27), Plaintiff McCracken's Response thereto (Doc. No. 30), and Defendant Chrysler Motors' Reply (Doc. No. 31), IT IS HEREBY ORDERED that the Motion is GRANTED as set forth in the accompanying Memorandum, and Plaintiff McCracken's Complaint is DISMISSED WITH PREJUDICE as legally frivolous and factually baseless, and for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915(e).

The Clerk of Court is instructed to CLOSE this case for all purposes, including statistics.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge